186 So. 574

## BIRMINGHAM ELECTRIC CO. v. TARRANT CITY et al.

### · 6 Div. 443.

Supreme Court of Alabama.

Feb. 9, 1939.

E. L. All, W. M. Rogers and Bradley, Baldwin, All & White, all of Birmingham, for appellant.

Graham & Wingo, of Birmingham, for appellees.

BROWN, Justice.

The questions presented by the appeal in this case were considered on the appeal in the companion case of Birmingham Electric Co. v. City of Bessemer et al., 186 So. 569,[1] this day decided, and decided adversely to the appellant.

On authority of that case the decree of the Circuit Court in this case is due to be affirmed. It is so ordered.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

186 So. 586

## LIFE INSURANCE CO. OF VIRGINIA v. Georgia MANN.

### 4 Div. 81.

Supreme Court of Alabama.

Feb. 9, 1939.

Denson & Denson and L. J. Tyner, all of Opelika, for petitioner.

J. W. Brassell, of Phenix City, for respondent.

KNIGHT, Justice.

The petitioner, The Life Insurance Company of Virginia, dissatisfied with the opinion and judgment of the Court of Appeals, brings this case before us on petition for a writ of certiorari to review and revise the opinion and judgment of said court, in the case of Life Insurance Company of Virginia v. Georgia Mann, 186 So. 583.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.